CLEVELAND BAR ASSOCIATION *v.* TROMBETTA.

[Cite as *Cleveland Bar Assn. v. Trombetta* (1994), 71 Ohio St.3d 386.]

(No. 94–2256—Submitted December 7, 1994—Decided December 30, 1994.)

*Marvin L. Karp* and *William Fulton,* for relator.

*Ignatius B. Trombetta, pro se.*

---

*Per Curiam.* Having thoroughly reviewed the record, we agree with the board's finding of misconduct and its recommendation. Accordingly, respondent is hereby publicly reprimanded. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK and F.E. SWEENEY, JJ., concur.

PFEIFER, J., dissents.

PFEIFER, J., dissenting. I would dismiss the case.